JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL OFFICE LIQUIDATORS, LLC, an Arizona limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.:  2:21-cv-06743-RGK-MAA<br><br>**[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>[28]<br><br><br>Complaint filed:    August 19, 2021 |

///
///
///
///
///
///
///
///

1

ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:21-cv-06743-RGK-MAA

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On March 2, 2022, Plaintiff filed a notice of voluntary dismissal with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 28].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: _____March 2_____, 2022        By: _/s/ Gary Klausner_____
                                              Hon. R. Gary Klausner
                                              United States District Court Judge